UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Janice D. Garner,

                         08 Civ. 6367 (CM) (AJP)

              Plaintiff(s),

                         ORDER OF REFERENCE
  -against-                     TO A MAGISTRATE JUDGE

Michael J. Astrue, Commissioner of Social Security,

              Defendant(s).
------------------------------------------------------X

The above entitled action is referred to the Honorable Andrew J. Peck, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| \_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | \_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| \_\_\_ Specific Non-Dispositive Motion/Dispute:* | \_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | \_\_\_ Habeas Corpus |
| | ✓ Social Security |
| \_\_\_ Settlement* | \_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| \_\_\_ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: July 21, 2008
       New York, New York

SO ORDERED:

                                          Hon. Colleen McMahon
                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

Copies mailed/faxed/handed to counsel on 7/21/08